IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00016-RJC-SCR

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUAN OCTAVIO IRIBE LAVEAGA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to certain zero-point offenders, (Doc. No. 40), and to compel the Bureau of Prisons to produce information, (Doc. Nos. 41, 42).

The Court previously denied the defendant's motion raising the same issues for a sentence reduction. (Doc. No. 35: Motion; Doc. No. 36: Order).

**IT IS, THEREFORE, ORDERED** that the defendant's instant motions are **DENIED**.

Signed: May 13, 2024

Robert J. Conrad, Jr.
United States District Judge