IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00016-RJC-SCR

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JUAN OCTAVIO IRIBE LAVEAGA | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release. (Doc. No. 45).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

Signed: July 1, 2024

Robert J. Conrad, Jr.
United States District Judge